IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES BROADHEAD, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 10-0241-CG-C |
| CAMILLA GRIGGS, et al., | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby dismissed without prejudice.

**DONE and ORDERED** this 3rd day of May, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE