# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| JAMES BROADHEAD, | : |
| Plaintiff, | : |
| vs. | :    CIVIL ACTION 10-0241-CG-C |
| CAMILLA GRIGGS, et al., | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 3rd day of May, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE